UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES
FUND, BUILDING SERVICE 32BJ THOMAS
SHORTMAN TRAINING, SCHOLARSHIP AND
SAFETY FUND,

                               Plaintiffs,

   -against-

A & A MAINTENANCE ENTERPRISE, INC.
d/b/a A & A MAINTENANCE,
                         Defendant.
-----------------------------------------------------------------X

JUDGE BRIEANT

RULE 7.1
STATEMENT

08 CV 1083



FEB 01 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Building Service 32BJ Health Fund, Building Service 32BJ Legal Services Fund, and the Building Thomas Shortman Training, Scholarship and Safety Fund, certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                              None

Dated: January 28, 2008

                               RAAB, STURM, GOLDMAN & GANCHROW, LLP

                               By: _____
                                  Ira A. Sturm (IS-2042)
                                 *Attorneys for Plaintiffs Funds*
                                 317 Madison Avenue, Suite 1708
                                 New York, New York 10017
                                 Tel. (212) 683-6699
                                 Fax (212) 779-8596