**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x
**BUILDING SERVICE 32BJ HEALTH**
**FUND, BUILDING SERVICE 32BJ**
**LEGAL SERVICES FUND, BUILDING**
**SERVICE 32BJ THOMAS SHORTMAN**
**TRAINING, SCHOLARSHIP AND**
**SAFETY FUND,**                                   **Docket No. 08 CV 1083 (CLB)(LMS)**
                    **Plaintiffs,**

          **-against-**                              **RULE 7.1 STATEMENT**

**A&A MAINTENANCE ENTERPRISE,**
**INC. d/b/a A&A MAINTENANCE,**

               **Defendant.**

-----------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the court to evaluate possible disqualification or recusal, the

undersigned counsel of record for a private (non-governmental) party certifies that the

Defendant, **A&A MAINTENANCE ENTERPRISE, INC. d/b/a A&A**

**MAINTENANCE,** has no corporate parents, subsidiaries, or affiliates of that party

which are publicly held.

Dated: Lake Success, NY
April 7, 2008

                                        /S/_____
                                        Perry S. Heidecker, Esq. (PH 6955)
                                        Milman Labuda Law Group PLLC
                                        Attorneys for Defendant
                                        3000 Marcus Avenue, Suite 3W3
                                        Lake Success, New York  11042
                                        (516)  328-8899

TO:     Ira A. Sturm, Esq.
        Raab, Sturm, Goldman & Ganchrow, LLP
        Attorneys for Plaintiffs
        317 Madison Avenue, Suite 1708
        New York, New York  10017
        (212) 683-6699