**MILMAN LABUDA LAW GROUP PLLC**

3000 MARCUS AVENUE
SUITE 3W3
LAKE SUCCESS, NEW YORK 11042

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

Author: Perry S. Heidecker – Senior Counsel
Direct E-Mail Address: perryheidecker@mllaborlaw.com
Direct Dial: (516) 303-1440

Via Facsimile (212) 779-8596
& First Class Mail

April 8, 2008

Ira A. Sturm, Esq.
Raab, Sturm, Goldman & Ganchrow, LLP
317 Madison Avenue, Suite 1708
New York, NY 10017

Re:   Building Service 32BJ Health Fund, et al v. A & A Maintenance Enterprise Inc.
       S.D.N.Y. Docket No.: 08-CV-1083
       MLLG File No.: 25-08

Dear Mr. Sturm:

As you know, this office represents A & A Maintenance Enterprise Inc. ("A & A") in the above-referenced matter.

Please be advised that a conference shall be held in the above-referenced matter on April 18, 2008 at 9 am before the Honorable Charles L. Brieant, U.S.D.J. at the U.S. Courthouse located in White Plains, NY.

Thank you for your attention to this matter.

Very truly yours,

MILMAN LABUDA LAW GROUP PLLC

Perry S. Heidecker

PSH:jap
cc:   Michael Geffner, Esq. (via facsimile)
      Chambers of the Hon. Charles L. Bricant, U.S.D.J.
      Attention: Alice Cama (via facsimile)
      Mr. Armando Rodriguez (via facsimile)