**MILMAN LABUDA LAW GROUP PLLC**

3000 MARCUS AVENUE
SUITE 3W3
LAKE SUCCESS, NEW YORK 11042

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

VIA FACSIMILE – (914)390-4077
& Overnight Mail

Author: Perry S. Heidecker – Senior Counsel
Direct E-Mail Address: perryheidecker@mllaborlaw.com
Direct Dial: (516) 303-1440

April 7, 2008

Honorable Charles L. Brieant, USDJ
United States District Court
Southern District of New York
Daniel Patrick Moynihan, US Courthouse
500 Pearl Street
New York, NY 10007

*[MEMO ENDORSED stamp with handwritten note: "Conference now scheduled for 4-18-08. No further adjournments. So Ordered. Charles L. Brieant 4-10-08 USDJ"]*

*[Handwritten: 08 Civ. 1083(CLB)]*

Re:   **A & A Maintenance Enterprise Inc. and the Local 32BJ Building Service Funds**

Dear Judge Brieant:

This office represents the Defendant in the above-referenced matter, A&A Maintenance Enterprise Inc. ("A & A"). This letter will confirm a telephonic message left for Alice Cama of your Chambers.

The undersigned was notified by Ira Sturm, Esq, of the law firm of Raab, Sturm, Goldman & Ganchrow, LLP, counsel for plaintiff, that a conference has been scheduled to take place on Friday, April 11, 20078 at 9:00 a.m. Unfortunately, at 10:00 am on that same day the undersigned is scheduled to appear before the Honorable William D. Wall, U.S.M.J. in the matter of <u>Andrea Callan v. Security Dodge</u> – docket no.: 07-0430 in the United States District of New York for the Eastern District Court located in Central Islip. At 11:00 am on that same day, the undersigned is scheduled to appear before the Honorable Michael Orenstein, U.S.M.J. in the matter of <u>Joseph Belber v. ACI</u> docket no.: 06-01257. For that reason, the undersigned must respectfully request a postponement of the conference in the above-reference matter.

I have conferred with Ira Sturm, Esq., and Michael Gefner, Esq. of Raab, Sturm, Goldman & Ganchrow, LLP and they have consented to my request for a postponement. Counsel for the respective parties will be available to appear before the Court on Friday, April 18, 2008 if that date is convenient for the Court.

*Honorable Charles L. Brieant, USDJ*
*United States District Court*
*April 7, 2008*
*Page 2*

A copy of this letter is being sent to Raab, Sturm, Goldman & Ganchrow, LLP.

Thank you for your most kind concern to this matter.

Very truly yours,

MILMAN LABUDA LAW GROUP, PLLC

Perry S. Heidecker

PSH:amm

cc:  Ira Sturm, Esq. – via fax & regular mail
     Michael Gefner, Esq,- via fax & regular mail
     Armando Rodriguez – via fax & regular mail