UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES
FUND, BUILDING SERVICE 32BJ THOMAS
SHORTMAN TRAINING, SCHOLARSHIP AND
SAFETY FUND,

                        Plaintiffs,              08-CV-1083(CLB)(LMS)

    -against-                             **ORDER**

A & A MAINTENANCE ENTERPRISE, INC.
d/b/a A & A MAINTENANCE
                        Defendant.

------------------------------------------------------------------------X

          IT IS HEREBY ORDERED:

          Plaintiff Building Service 32BJ Funds shall conduct a payroll audit of defendant

A & A Maintenance Enterprise, Inc. d/b/a A & A Maintenance for the period beginning

October 1, 2002 through September 30, 2007, for the purpose of determining the amount

of unpaid benefit contributions, if any, owed by defendant to plaintiffs.

Dated:   *white Plains, NY*
           *May 16, 2008*

                              SO ORDERED

                              *Charles Brieant*
                              U. S. D. J.