UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BUILDING SERVICE 32BJ HEALTH FUND,  :
BUILDING SERVICE 32BJ LEGAL SERVICES  :
FUND, BUILDING SERVICE 32BJ THOMAS  :        08-CV-1083 (CLB)
SHORTMAN TRAINING, SCHOLARSHIP AND  :
SAFETY FUND,                                           :        **NOTICE OF DISMISSAL**
                                                               :
                                    Plaintiffs,           :
                                                               :
        -against-                                        :
                                                               :
A & A MAINTENANCE ENTERPRISE, INC.    :
d/b/a A & A MAINTENANCE                      :
                                    Defendant.         :
                                                               :
------------------------------------------------------------------X

        PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed
pursuant to Rule 41(a) (1) (ii), without prejudice and without costs to either side.


Dated: New York, New York
          July 3, 2008


BUILDING SERVICE 32BJ                              A & A MAINTENANCE
HEALTH FUND, BUILDING SERVICE 32BJ      ENTERPRISE, INC. d/b/a
LEGAL SERVICES FUND, THOMAS SHORTMAN   A & A MAINTENANCE
TRAINING, SCHOLARSHIP and SAFETY FUND

By:_____            By:_____
    Ira A. Sturm (2042)                          Perry S. Heidecker (6955)
    Raab, Sturm, Goldman & Ganchrow, LLP    Milman Labuda Law Group
    *Attorney for Plaintiff Funds*              *Attorney for Defendant*
    317 Madison Ave. Suite 1708               3000 Marcus Avenue, Suite 3W3
    New York, New York 10017                  Lake Success, New York 11042