Seibel, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES
FUND, BUILDING SERVICE 32BJ THOMAS           08-CV-1083 (CLB) (CS)
SHORTMAN TRAINING, SCHOLARSHIP AND
SAFETY FUND,                                 **NOTICE OF DISMISSAL**

      Plaintiffs,

 -against-

A & A MAINTENANCE ENTERPRISE, INC.
d/b/a A & A MAINTENANCE
      Defendant.
-----------------------------------------------------------------X

  PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed pursuant to Rule 41(a) (1) (ii), without prejudice and without costs to either side.

Dated: New York, New York
   July 3, 2008

| | |
|---|---|
| BUILDING SERVICE 32BJ<br>HEALTH FUND, BUILDING SERVICE 32BJ<br>LEGAL SERVICES FUND, THOMAS SHORTMAN<br>TRAINING, SCHOLARSHIP and SAFETY FUND<br><br>By: _____<br> Ira A. Sturm (2042)<br> Raab, Sturm, Goldman & Ganchrow, LLP<br> *Attorney for Plaintiff Funds*<br> 317 Madison Ave, Suite 1708<br> New York, New York 10017 | A & A MAINTENANCE<br>ENTERPRISE, INC. d/b/a<br>A & A MAINTENANCE<br><br>By: _____<br> Perry S. Heidecker (6955)<br> Milman Labuda Law Group<br> *Attorney for Defendant*<br> 3000 Marcus Avenue, Suite 3W3<br> Lake Success, New York 11042 |

So ORDERED:

_____
Cathy Seibel
U.S.D.J.

DATED: 7/24/09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED